JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YVONNE MURAWSKI, | ) | CASE NO. EDCV12-01912 VAP(DTBx) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE DISMISSAL OF ENTIRE ACTION <u>WITH</u> PREJUDICE** |
| AETNA LIFE INSURANCE COMPANY; and DOES 1 through 10 inclusive, | ) | **Complaint filed: September 25, 2012 (San Bernardino County Superior Court Case No. CIVRS1207458)** |
| Defendant. | ) | |

Pursuant to the Joint Stipulation for Dismissal of Entire Action <u>With</u> Prejudice by and between Plaintiff Yvonne Murawski and Defendant Aetna Life Insurance Company, the Court orders the entire action dismissed <u>with</u> prejudice, each party to bear their own costs and attorneys fees.

IT IS SO ORDERED.

Dated: August 02, 2013

*/s/ Virginia A. Phillips*
United States District Judge

- 1 -
[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION <u>WITH</u> PREJUDICE