JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YVONNE MURAWSKI, | ) | CASE NO. EDCV12-01912 VAP(DTBx) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| AETNA LIFE INSURANCE COMPANY; and DOES 1 through 10 inclusive, | ) | **Complaint filed:  September 25, 2012 (San Bernardino County Superior Court Case No. CIVRS1207458)** |
| Defendant. | ) | |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between Plaintiff Yvonne Murawski and Defendant Aetna Life Insurance Company, the Court orders the entire action dismissed with prejudice, each party to bear their own costs and attorneys fees.

IT IS SO ORDERED.

Dated:  August 02, 2013

*Virginia A. Phillips*
United States District Judge

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

AETNA/1083546/16447902v.1